# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Jessie Wayne Sullivan         Docket No. 7:03-CR-43-1

### Petition for Action on Supervised Release

  COMES NOW Chip Williams, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jessie Wayne Sullivan, who, upon an earlier plea of guilty to Conspiracy to Possess With Intent to Distribute Marijuana in violation of 21 U.S.C. § 846, Possess With Intent to Distribute Marijuana in violation of 21 U.S.C. § 841(a)(1), and Using and Carrying a Firearm During and in Relation to a Drug Trafficking Crime in violation of 18 U.S.C. § 924(c)(1), was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on September 29, 2003, to the custody of the Bureau of Prisons for a term of 106 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days.

  Jessie Wayne Sullivan was released from custody on April 15, 2011, at which time the term of supervised release commenced.

  **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

  The defendant has recently self-reported that he is struggling with a significant amount of stress due to the loss of employment and family issues. He has completed a substance abuse treatment program and has maintained a high level of compliance with the terms of supervision. It

Jessie Wayne Sullivan
Docket No. 7:03-CR-43-1
Petition For Action
Page 2

is recommended the judgment be modified by the addition of a special condition allowing for mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Kevin L. Connolley
Kevin L. Connolley
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Chip Williams
Chip Williams
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-815-4857
Executed On: December 1, 2011

**ORDER OF COURT**

Considered and ordered this ___5___ day of ___December___, 2011, and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge